**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE LETTER OF REQUEST | ) |
| FROM RUSSIA | ) |
| IN THE MATTER OF | )　Misc. No. 07- |
| T.K. KRIMSON COMPANY | ) |

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, David L. Hall, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Russian authorities.

COLM F. CONNOLLY
United States Attorney

By:

David L. Hall
Assistant U.S. Attorney
1007 N. Orange Street
Wilmington, DE　19801
(302) 573-6277

Dated: 11/13/07